IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a Delaware Corporation;<br><br>Defendant. | 8:17CV401<br><br>ORDER |

Pursuant to a previous order of the Court, the parties have submitted a report advising as to the status of this action. ([Filing No. 23](#).) In accordance with the agreement of the parties as set forth in the status report,

**IT IS ORDERED:**

1. By December 21, 2018, Plaintiff shall file a motion for leave to amend its complaint, or to notify the Court and opposing counsel that it does not intend to do so. If Plaintiff elects not to seek leave to amend, Defendant shall file a responsive pleading to the current complaint by January 4, 2019. The parties will then submit their Rule 26(f) Report by January 25, 2019.

2. If Plaintiff files a motion for leave to amend its complaint, Defendant shall respond to the motion by January 11, 2019. Plaintiff shall file its reply brief by January 18, 2019.

Dated this 14th day of December, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge